

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00172-CV

**EX PARTE** Forestt R. **CAIN**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI04083
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order granting the petition for expunction is REVERSED and judgment is RENDERED denying the petition for expunction.

We order that appellants, the City of Windcrest and the Windcrest Police Department, recover their costs of appeal from appellee, Forestt R. Cain.

SIGNED January 10, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice